UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CAMICHA L BANTON<br><br>Debtor(s) | Case No. 11-02227 |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/20/2011.

2) The plan was confirmed on 03/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2011.

5) The case was dismissed on 11/04/2011.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $10,231.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,100.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,100.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $302.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $53.00 |
| Other | $156.15 |

**TOTAL EXPENSES OF ADMINISTRATION:** $511.15

Attorney fees paid and disclosed by debtor:     $16.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACTIONDEBT | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CENTER | Unsecured | 1,335.00 | NA | NA | 0.00 | 0.00 |
| AETNA US HEALTHCARE | Unsecured | 2,354.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 12,431.00 | 12,027.42 | 12,027.42 | 0.00 | 0.00 |
| AUDIT SYSTEMS INC | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| BELL AUTO LEASING INC | Secured | 6,727.00 | 6,726.16 | 6,726.16 | 417.67 | 171.18 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,643.00 | 2,217.21 | 2,217.21 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,617.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 50.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 1,157.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN COMMUNITY HEALTH CT | Unsecured | 1,618.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 620.21 | 620.21 | 0.00 | 0.00 |
| COMMUNITY HOSPITAL | Unsecured | 777.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 353.89 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| ERS SOLUTIONS | Unsecured | 1,169.00 | NA | NA | 0.00 | 0.00 |
| FAMILY EYE PHYSICIANS | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST COLLECTION BUREAU | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ICE MOUNTAIN WATER | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| ICS INC | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 2,857.00 | 2,851.01 | 2,851.01 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 395.34 | 395.34 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 452.00 | 327.05 | 327.05 | 0.00 | 0.00 |
| KROGER CHECK RECOVERY CENTER | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LA FITNESS | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL LOUIS UNIVERSITY | Unsecured | 1,576.00 | 1,213.63 | 1,213.63 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| NICK ZONE | Unsecured | 10.97 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 548.00 | 594.55 | 594.55 | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| OMNI 41 HEALTH & FITNESS CONNE | Unsecured | 667.20 | 639.45 | 639.45 | 0.00 | 0.00 |
| ONLINE COLL | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF CHICAGO | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ASSOCIATES | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 70.65 | NA | NA | 0.00 | 0.00 |
| PROACTIVE | Unsecured | 99.84 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL CREDIT SERVICES | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| PRONGER SMITH MEDICAL CARE | Unsecured | 20.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 176.00 | 176.33 | 176.33 | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTHCAR | Unsecured | 461.85 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 733.70 | 733.70 | 0.00 | 0.00 |
| TCF BANK | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| THE FIRM | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 1,157.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT CORP | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Unsecured | 490.00 | 496.10 | 496.10 | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 107.35 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,550.00 | 15,673.29 | 15,673.29 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,249.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,518.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,412.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 228.85 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,726.16 | $417.67 | $171.18 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,726.16** | **$417.67** | **$171.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,035.29** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $511.15 |
| Disbursements to Creditors | $588.85 |
| **TOTAL DISBURSEMENTS :** | **$1,100.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/12/2012             By: /s/ Glenn Stearns
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**